MICHELE BECKWITH
Acting United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONYA MCGEE, | CASE NO. 2:24-CV-02719-WBS-SCR |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

Having reviewed the stipulation submitted by the parties, and finding good cause, the court hereby orders that the scheduling conference currently set for February 10, 2025, is hereby continued to **April 21, 2025, at 1:30 p.m.** The parties' Joint Scheduling Report shall be filed no later than **April 7, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 3, 2024 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: January 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER    1