MICHELE BECKWITH
Acting United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONYA MCGEE, | CASE NO. 2:24-CV-2719-WBS-SCR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

The parties have moved for an additional 35 days, or until May 6, 2025, for Defendants to file a response to Plaintiff's First Amended Complaint (ECF No. 10). Finding good cause, the Motion is **GRANTED.** The Defendants shall have until May 6, 2025, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: March 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE