MICHELE BECKWITH
Acting United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONYA MCGEE,

                           Plaintiff,

        v.

UNITED STATES OF AMERICA, et al.

                           Defendants.

CASE NO.  2:24-CV-2719-WBS-SCR

**ORDER**

        The parties have moved for an additional 21 days, or until May 27, 2025, for Defendants to file a

response to Plaintiff's First Amended Complaint (ECF No. 10).  Finding good cause, the Motion is

**GRANTED.**  The Defendants shall have until May 27, 2025, to respond to the Complaint.


        **IT IS SO ORDERED.**


Dated:  May 5, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER                                                    1