UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TONYA McGEE, | No. 2:24-cv-2719 WBS SCR |
| Plaintiff, | |
| v. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, and FEDERAL HOUSING ADMINISTRATION; | |
| Defendants. | |

----oo0oo----

Pursuant to the discussion at the hearing on defendants' partial motion to dismiss on July 21, 2025, as agreed by counsel, plaintiff's First Amended Complaint is hereby DISMISSED WITHOUT PREJUDICE, and plaintiff is granted twenty-one (21) days from the date of this Order to file a third amended complaint.

IT IS SO ORDERED.

Dated: July 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE