ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA MCGEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; SOCIAL SECURITY ADMINISTRATION; and FEDERAL HOUSING ADMINISTRATION,<br><br>Defendants. | CASE NO. 2:24-CV-02719-WBS-SCR<br><br>**MOTION FOR A CONTINUANCE TO RESPOND TO PLAINTIFF'S COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS AND ORDER** |

The United States of America, Social Security Administration and Federal Housing Administration, ("Defendants") hereby move for a continuance to respond to Plaintiff's Complaint in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

3. Undersigned counsel for the Department of Justice therefore requests a continuance to respond to Plaintiff's Complaint until Congress has restored appropriations to the Department.

4. If this request is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department or enacted a continuing resolution. Subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

Therefore, the Defendants hereby move for a continuance to respond to Plaintiff's Complaint in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

ERIC GRANT
United States Attorney

By: /s/ BRODIE M. BUTLAND
BRODIE M. BUTLAND
Assistant United States Attorney

**ORDER**

Good cause being established, the Defendants' motion for a continuance to respond to Plaintiff's Complaint is granted.

IT IS SO ORDERED.

Dated: October 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE