IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CASE NO.  2:24-CV-2719-WBS-SCR

TONYA MCGEE,

                    Plaintiff,

ORDER

        v.

U.S. DEPARTMENT OF COMMERCE, ET AL.,

                    Defendants.

The parties have filed a stipulation requesting a settlement conference before Magistrate Judge Peterson on May 13, 2026.  Finding good cause, the Court hereby ORDERS that the parties shall participate in a settlement conference before Magistrate Judge Peterson on May 13, 2026, or at such other time as he is available.

Dated:  March 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1